JS-6

JOSEPH T. MCNALLY
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
PAUL SACHELARI, CSBN 230082
Special Assistant United States Attorney
    Social Security Administration
    Office of Program Litigation, Office 7
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: (510) 970-4853
    Email:  paul.sachelari@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JOSE L. NAVA-BEDOLLA,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHELLE KING, Acting Commissioner of Social Security,<br><br>    Defendant. | No. 5:24-cv-01523-DTB<br><br>[~~PROPOSED~~]<br>**JUDGMENT OF REMAND** |

/ / /

/ / /

/ / /

/ / /

1
2
3
4   The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation of Remand") lodged concurrent with the lodging of the within Judgment of Remand.

   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation of Remand.

DATED: February 6, 2025

_____
HON. DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE