1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE L. NAVA-BEDOLLA,<br><br>   Plaintiff,<br><br>   vs.<br><br>LELAND DUDEK,<br>Acting Commissioner of Social<br>Security,<br><br>   Defendant | Case No.: 5:24-cv-01523-DTB<br><br>{~~PROPOSED~~} ORDER AWARDING<br>EQUAL ACCESS TO JUSTICE ACT<br>ATTORNEY FEES AND EXPENSES<br>PURSUANT TO 28 U.S.C. § 2412(d)<br>AND COSTS PURSUANT TO 28<br>U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $7,500.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: April 1, 2025

THE HONORABLE DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

-1-

1    Respectfully submitted,

2    LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

3        /s/   *Steven G. Rosales*

4    BY: _____

5        Steven G. Rosales
        Attorney for plaintiff Jose L. Nava-Bedolla

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26